# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE NASHVILLE DIVISION

| | |
|---|---|
| BRIAN SHUTLER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:14-2048 |
| ) | Judge Trauger |
| DUNKIN BRANDS and TIM HENSON, ) | |
| ) | |
| Defendants. ) | |

## ORDER

On May 29, 2015, the magistrate judge issued a Report and Recommendation (Docket No. 18), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that the defendants' Motion To Dismiss Or, In The Alternative, Motion For Summary Judgment (Docket No. 13) is **GRANTED**, and this case is dismissed. This Order constitutes the judgment in this case.

It is so **ORDERED**.

ENTER this 15th day of July, 2015.

_____
ALETA A. TRAUGER
U.S. District Judge